IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TEENS OF TOMORROW,              )
                               )
            Plaintiff,         )         8:13CV127
                               )
        v.                     )
                               )
CITY OF BELLEVUE, NEBRASKA;    )         ORDER
CITY OF LINCOLN, NEBRASKA;     )
CITY OF OMAHA, NEBRASKA;       )
CITY OF PAPILLION, NEBRASKA;   )
CITY OF LA VISTA, NEBRASKA;    )
CITY OF COLUMBUS, NEBRASKA;    )
CITY OF FREMONT, NEBRASKA;     )
CITY OF RALSTON, NEBRASKA;     )
CITY OF COUNCIL BLUFFS, IOWA;  )
and CITY OF CARTER LAKE, IOWA, )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the stipulation for
judgment by plaintiff and defendant City of Fremont (Filing No.
79).  The Court finds the stipulation should be approved and
adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and
adopted.  The parties are bound by the terms thereof.

2) The City of Fremont is dismissed as a defendant in
this action, each party to pay their own costs and attorney fees.

DATED this 31st day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court