IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TEENS OF TOMORROW,             )
                               )
              Plaintiff,       )          8:13CV127
                               )
         v.                    )
                               )
CITY OF BELLEVUE, NEBRASKA;    )            ORDER
CITY OF LINCOLN, NEBRASKA;     )
CITY OF OMAHA, NEBRASKA;       )
CITY OF PAPILLION, NEBRASKA;   )
CITY OF LA VISTA, NEBRASKA;    )
CITY OF COLUMBUS, NEBRASKA;    )
CITY OF RALSTON, NEBRASKA;     )
CITY OF COUNCIL BLUFFS, IOWA;  )
and CITY OF CARTER LAKE, IOWA, )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motions to dismiss against defendant City of Council Bluffs (Filing No. 87) and defendant City of Carter Lake, Iowa (Filing No. 88).  On May 31, 2013, the Court entered an order dismissing these parties with prejudice.  The Court now finds the dismissals should have been without prejudice.  Accordingly,

IT IS ORDERED:

1) Plaintiff's complaint as to Carter Lake is dismissed without prejudice, each side to bear its own costs and attorney fees.

2) Plaintiff's complaint as to Council Bluffs is dismissed without prejudice, each side to bear its own costs and attorney fees.

DATED this 31st day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court