IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TEENS OF TOMORROW,            )
                              )
           Plaintiff,         )          8:13CV127
                              )
     v.                       )
                              )
CITY OF BELLEVUE, NEBRASKA;   )          ORDER
CITY OF LINCOLN, NEBRASKA;    )
CITY OF OMAHA, NEBRASKA;      )
CITY OF PAPILLION, NEBRASKA;  )
CITY OF LA VISTA, NEBRASKA;   )
CITY OF COLUMBUS, NEBRASKA;   )
and CITY OF RALSTON, NEBRASKA,)
                              )
           Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file Rule 26 Planning Report (Filing No. 107). The Court finds the extension should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The parties shall have until July 25, 2013, to file the Rule 26 Planning Report.

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court