IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEENS OF TOMORROW, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV127 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BELLEVUE, NEBRASKA; | ) | ORDER |
| CITY OF LINCOLN, NEBRASKA; | ) | |
| CITY OF OMAHA, NEBRASKA; | ) | |
| CITY OF PAPILLION, NEBRASKA; | ) | |
| CITY OF LA VISTA, NEBRASKA and | ) | |
| CITY OF COLUMBUS, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Richard L. Boucher and Boucher Law Firm to withdraw as counsel for plaintiff (Filing No. 112). The Court notes no substitute counsel has yet appeared for plaintiff.

Parties who are not natural persons may not appear pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 203 (1993). Moreover, courts "have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Id*. at 202. Therefore, plaintiff will be given time to advise the Court it has procured other counsel. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as counsel for plaintiff is granted.  Richard L. Boucher and Boucher Law Firm are deemed withdrawn as counsel for plaintiff.

2) Plaintiff shall advise the Court before August 30, 2013, whether it has procured substitute counsel and substitute counsel shall enter an appearance and participate in the planning conference scheduled for that date.

DATED this 21st day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court