IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TEENS OF TOMORROW,              )
                                )
          Plaintiff,            )          8:13CV127
                                )
     v.                         )
                                )
CITY OF BELLEVUE, NEBRASKA;     )          ORDER
CITY OF LINCOLN, NEBRASKA;      )
CITY OF OMAHA, NEBRASKA;        )
CITY OF PAPILLION, NEBRASKA;    )
CITY OF LA VISTA, NEBRASKA and  )
CITY OF COLUMBUS, NEBRASKA,     )
                                )
          Defendants.           )
_____)
```

After a conference with a representative of plaintiff and some of defense counsel,

IT IS ORDERED:

1) Plaintiff Teens of Tomorrow shall have until September 13, 2013, to secure counsel. Failure to do so will result in this action being dismissed without prejudice.

2) If an appearance of counsel occurs by the close of business on September 13, 2013, a planning conference will be held on:

**Friday, September 20, 2013, at 8:15 a.m.**

in the Chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 30th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court