IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEENS OF TOMORROW, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV127 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BELLEVUE, NEBRASKA; | ) | ORDER |
| CITY OF LINCOLN, NEBRASKA; | ) | |
| CITY OF OMAHA, NEBRASKA; | ) | |
| CITY OF PAPILLION, NEBRASKA; | ) | |
| CITY OF LA VISTA, NEBRASKA and | ) | |
| CITY OF COLUMBUS, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after plaintiff was given time to secure counsel. Parties who are not natural persons may not appear pro se. *Rowland v. California Men's Colony*, 506 U.S. 194, 203 (1993). Having failed to do so,

IT IS ORDERED that this action is dismissed without prejudice.

DATED this 17th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court